# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 99 EM 2014 |
| Respondent | : |
| v. | : |
| EARL HASSAN, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of September, 2014, the "Appeal from Denial of Application for Relief," treated as a Petition for Review, and the Petition for Summary Judgment are **DENIED**.